# Order

**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

140939

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GRIEVANCE ADMINISTRATOR,
        Petitioner-Appellee,

v

SC: 140939
ADB: 08-165-RP

PHILLIP E. SMITH,
        Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal is considered, and it is
DENIED, because we are not persuaded that the questions presented should be reviewed
by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

s0621